IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | * |
| NAVNITLAL B. ZAVER, | * CHAPTER 13 |
|     Debtor | * |
| | * CASE NO. 1:13-bk-04887 MDF |
| G6 HOSPITALITY FRANCHISING LLC, | * |
| G6 HOSPITALITY IP LLC, and | * |
| MOTEL 6 OPERATING L.P., | * |
|     Movants/Objectants | * |
| | * |
| v. | * |
| | * |
| NAVNITLAL B. ZAVER, | * |
|     Respondent | * |

## OPINION SUPPLEMENT

AFTER REVIEW of the Opinion issued in this matter on October 15, 2014, the Court hereby supplements the text to correct an error in the Procedural History. The Opinion is hereby AMENDED to state that the objections filed by G6 to Debtor's amended plan are scheduled to be heard on October 23, 2014. The Opinion will remain unchanged in all other respects.

By the Court,

*Mary D. France*
Chief Bankruptcy Judge
(JK)

Date: October 16, 2014